IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TENET HEALTH SYSTEM** : <br> **PHILADELPHIA, INC., d/b/a** : <br> **HAHNEMANN UNIVERSITY** : <br> **HOSPITAL** : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> **DIVERSIFIED ADMINISTRATION** : <br> **CORPORATION, ET AL.,** : <br>     Defendants. : | **CIVIL ACTION** <br><br> **NO. 07-4948** |

### ORDER

**AND NOW** this _____ day of May, 2012, upon consideration of Defendants' Motion to Dismiss (Doc. 4, 5, 9) and Plaintiff's Response (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the case is remanded to the Court of Common Pleas of Philadelphia County.

                                          **BY THE COURT:**
                                          /s/ Petrese B. Tucker
                                          _____
                                          **Hon. Petrese B. Tucker, U.S.D.J.**